

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

My Direct Dial Is: 914-872-6920
E-mail Address: Joseph.DiPalma@JacksonLewis.com

January 17, 2020

**VIA ECF and First Class Mail**
The Honorable J. Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

          **Re:** **Murphy v. Ledgeview Village RV Park, Inc.**
               **Case No. 19-cv-07739 (PAE-SN)**

Dear Judge Engelmayer:

      This firm represents Defendant in the above-referenced matter. We write to request that the Court keep this case open for an additional 30 days, to enable the parties to file a proposed consent decree for your Honor's approval.

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.

                                    By: */s/ Joseph J. DiPalma*
                                         Joseph J. DiPalma

The motion for extension of time is granted *nunc pro tunc* to February 16, 2020. SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER   1/21/2020
United States District Judge